■ DENNIS W. ZIEMBA, Appellant, v BANK OF CASTILE, Respondent. [775 NYS2d 724]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered May 22, 2003. The order granted defendant's motion for summary judgment dismissing the complaint in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pine, J.P., Hurlbutt, Kehoe, Lawton and Hayes, JJ.

■ In the Matter of ROGER SCOTT, Appellant, v GEORGE R. HART, as Town Justice of Town of Elbridge, Onondaga County, Respondent. [775 NYS2d 725]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered March 12, 2003 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition to compel respondent to assign counsel or, alternatively, to dismiss the criminal charges against petitioner.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pine, J.P., Hurlbutt, Kehoe, Lawton and Hayes, JJ.